United States District Court
Southern District of Texas
**ENTERED**
July 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KHEVAJA NAZIMUDDIN, | § § | CIVIL ACTION NO 4:23-cv-04717 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| WELLS FARGO BANK N.A., | § § § | |
| Defendant. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Khevaja Nazimuddin, proceeding *pro se*, filed a complaint against Defendant Wells Fargo Bank, N.A., asserting claims for various violations of the Electronic Fund Transfer Act and a claim for breach of contract. Dkt 14. Plaintiff's claims arise from three wire transfers out of Plaintiff's Wells Fargo bank accounts allegedly initiated by "unknown identity thieves."

The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 4. Defendant moved to dismiss. Dkt 20. Plaintiff moved for summary judgment. Dkt 18.

Pending is a Memorandum and Recommendation by the Magistrate Judge dated June 24, 2024. Dkt 32. She recommends granting the motion to dismiss by Defendant and denying the motion for summary judgment by Plaintiff. Judge Bryan concludes that Plaintiff's claims must be dismissed because (i) the EFTA doesn't apply to the wire transfers of which Plaintiff complains in this case, and (ii) Plaintiff hasn't stated a plausible breach of

contract claim. Also pending are objections to the Memorandum and Recommendation filed by Plaintiff. Dkts 33–35.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

Upon *de novo* review and determination, Plaintiff's objections lack merit. The Memorandum and Recommendation clearly details the pertinent facts and correctly applies controlling law.

The objections by Plaintiff to the Memorandum and Recommendation of the Magistrate Judge are OVERRULED. Dkts 33-35.

No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 32.

The motion by Defendant to dismiss this action is GRANTED. Dkt 20.

The motion by Plaintiff for summary judgment is DENIED. Dkt 18.

The claims against Defendant are DISMISSED WITH PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

Signed on July 25, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge